AO 106 (Rev. 04/10) Application for a Search Warrant

FILED IN UNITED STATES DISTRICT COURT, DISTRICT OF UTAH

OCT 07 2013

D. MARK JONES, CLERK
BY _____
      DEPUTY CLERK

# UNITED STATES DISTRICT COURT
for the
District of Utah

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*

Gmail Account "fanfavs1@gmail.com"
(see attached affadavit)

Case No. 2:13mj377 BCW

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A

located in the    Central    District of    Utah    , there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment A

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ☑ evidence of a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☐ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2320 | Counterfeit Goods Violations |
| 18 U.S.C. § 1341 | Mail Fraud |

The application is based on these facts:

See attached Affadavit in Support of Search Warrant, incorporated herein by this reference

- ☐ Continued on the attached sheet.
- ☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Ivan Murray, HSI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 10/07/2013

City and state: SLC, UT

*Judge's signature*

Brooke C. Wells, United States Magistrate Judge
*Printed name and title*